IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TEMPLE WAYNE HOUSTON | § | |
| v. | § | CIVIL ACTION NO. 6:12CV695 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings,

conclusions, and recommendation for the disposition of this action, has been presented for

consideration.  The Report and Recommendation recommends that the Commissioner's Unopposed

Motion to Remand (document #16) be granted and this action be reversed and remanded pursuant

to sentence four of 42 U.S.C. § 405(g) for such further administrative proceedings consistent with

the findings of the Magistrate Judge.  No written objections have been filed.  The findings and

conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Commissioner's Unopposed Motion to Remand (document #16) is

hereby **GRANTED**.  It is further

**ORDERED** that the complaint is hereby **REVERSED** and **REMANDED** pursuant to

sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the

1

findings above.  It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 3rd day of April, 2013.**


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE